

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**AL SHERMAN HAMPTON, JR.**                                                         **PLAINTIFF**

v.                                                              **CIVIL ACTION NO. 1:20-cv-195-MTP**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's complaint seeking judicial review of a final decision of the Commissioner of Social Security Administration and the Commissioner's Motion to Affirm [15] and a decision having been duly rendered by separate Opinion and Order,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the  22ND  day of March, 2022.

_____
Michael T. Parker
United States Magistrate Judge